# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

141768-9 & (47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MARY CIPRIANO,
      Plaintiff-Appellant/
      Cross-Appellee,

v

SALVATORE CIPRIANO,
      Defendant-Appellee/
      Cross-Appellant.

SC: 141768-9
COA: 291377, 292806
Macomb CC: 91-004641-DO

_____/

On order of the Court, the application for leave to appeal the August 10, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

Clerk

p0330